UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Advantus Capital Management, Inc. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| Adventus Asset Management, LLC, ) | |
| ) | |
| Defendant. ) | |

**EXHIBITS A AND B TO COMPLAINT**


Date:   June 13, 2005

CONNOLLY, BOVE, LODGE & HUTZ LLP
Arthur G. Connolly, Jr. (I.D. #496)
Arthur G. Connolly, III (I.D. #2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
302.658.9141

OF COUNSEL:

John A. Clifford (#134,181)
Kristine M. Boylan (#284634)
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone No.: (612) 332-5300
Telefacsimile No.: (612) 332-9081

# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

# Trademark Electronic Search System(Tess)

TESS was last updated on Fri Jun 10 03:48:28 EDT 2005

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [BOTTOM] [HELP]

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[Check Status] (TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | ADVANTUS |
| Goods and Services | IC 036. US 100 101 102. G & S: mutual fund, investment advisor and asset management services. FIRST USE: 19950209. FIRST USE IN COMMERCE: 19950209 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74575374 |
| Filing Date | September 19, 1994 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | June 13, 1995 |
| Registration Number | 2663467 |
| Registration Date | December 17, 2002 |
| Owner | (REGISTRANT) ADVANTUS CAPITAL MANAGEMENT, INC. CORPORATION MINNESOTA 400 NORTH ROBERT STREET ST. PAUL MINNESOTA 551012098 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | John A. Clifford |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[PTO HOME] [TRADEMARK] [TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



http://tess2.uspto.gov/bin/showfield?f=doc&state=hj5gs7.2.1                     06/10/2005

# EXHIBIT B







