JS44

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by the Rules of Court. This form, approved by the Judicial Conference of the united States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the Civil Docket Sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFF
**Advantus Capital Management, Inc.**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANT
**Adventus Asset Management, LLC**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   **Kent**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

### (c) ATTORNEYS FIRM NAME, ADDRESS AND PHONE NO.
Arthur G. Connolly, Jr.
Arthur G. Connolly, III
Connolly Bove Lodge & Hutz -1007 N. Orange Street
Wilmington, DE  19801 (302) 658-9141

### ATTORNEYS (IF KNOWN)
David Pikus
Bressler, Amery & Ross PC
17 State Street
New York, NY 10004

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- G1  U. S. Government Plaintiff
- [X]3  Federal Question (U. S. Government Not A Party)
- G2  U. S. Government Defendant
- G4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | G1 | Incorporated or Principal Place of Business in This State | [ ] 4 | G4 |
| Citizen of Another State | G2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | G5 | [ ] |
| Citizen or Subject of a Foreign Country | G3 | G3 | Foreign Nation | G6 | G6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X]1  Original Proceeding
- G2  Removed from State Court
- G3  Remanded from Appellate Court
- G4  Reinstated or Reopened
- G5  Transferred from Another District (specify)
- G6  Multidistrict Litigation
- G7  Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- G 110  Insurance
- G 120  Marine
- G 130  Miller Act
- G 140  Negotiable Instrument
- G 150  Recovery of Overpayment & Enforcement of Judgment
- G 151  Medicare Act
- G 152  Recovery of Defaulted Student Loans (Excl. Veterans)
- G 153  Recovery of Overpayment of Veteran's Benefits
- G 160  Stockholders' Suits
- G 190  Other Contract
- G 195  Contract Product Liability

**REAL PROPERTY**
- G 210  Land Condemnation
- G 220  Foreclosure
- G 230  Rent Lease & Ejectment
- G 240  Torts to Land
- G 245  Tort Product Liability
- G 290  All Other Real Property

**TORTS**
**PERSONAL INJURY**
- G  310  Airplane
- G  315  Airplane Product Liability
- G  320  Assault, Libel & Slander
- G  330  Federal Employers' Liability
- G  340  Marine
- G  345  Marine Product Liability
- G  350  Motor Vehicle
- G  355  Motor Vehicle Product Liability
- G  360  Other Personal Injury

**CIVIL RIGHTS**
- G  441  Voting
- G  442  Employment
- G  443  Housing/ Accommodations
- G  444  Welfare
- G  440  Other Civil Rights

**PERSONAL INJURY**
- G  362  Personal Injury - Med. Malpractice
- G  365  Personal Injury - Product Liability
- G  366  Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- G  370  Other Fraud
- G  371  Truth in Lending
- G  380  Other Personal Property Damage
- G  385  Property Damage Product Liability

**PRISONER PETITIONS**
- G  510  Motions to Vacate Sentence Habeas Corpus:
- G  530  General
- G  535  Death Penalty
- G  540  Mandamus & Other
- G  550  Other

**FORFEITURE/PENALTY**
- G  610  Agriculture
- G  620  Other Food & Drug
- G  625  Drug Related Seizure of Property 21 USC 881
- G  630  Liquor Laws
- G  640  R.R. & Truck
- G  650  Airline Regs.
- G  660  Occupational Safety/Health
- G  690  Other

**LABOR**
- G  710  Fair Labor Standards Act
- G  720  Labor/Mgmt. Relations
- G  730  Labor/Mgmt. Reporting & Disclosure Act
- G  740  Railway Labor Act
- G  790  Other Labor Litigation
- G  791  Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- G  422  Appeal
- G  443  Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- G  820  Copyrights
- G  830  Patent
- G  840  Trademark

**SOCIAL SECURITY**
- G  861  HIA (1395ff)
- G  862  Black Lung (923)
- G  863  DIWC/DIWW (405(g))
- G  864  SSID Title XVI
- G  865  RSI (405(g))

**FEDERAL TAX SUITS**
- G  870  Taxes (U.S. Plaintiff or Defendant)
- G  871  IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- G  400  State Reapportionment
- G  410  Antitrust
- G  430  Banks and Banking
- G  450  Commerce/ICC Rates/etc.
- G  460  Deportation
- G  470  Racketeer Influenced and Corrupt Organizations
- G  810  Selective Service
- G  850  Securities/commodities/ Exchange
- G  875  Customer Challenge 12 USC 3410
- G  891  Agricultural Acts
- G  892  Economic Stabilization Act
- G  893  Environmental Matters
- G  894  Energy Allocation Act
- G  895  Freedom of InformationAct
- G  900  Appeal of Fee Determination Under Equal Access to Justice
- G  950  Constitutionality of State Statutes
- [X]  890  Other Statutory Actions

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**(1) Trademark Infringement 15 U.S.C. §  1114; (2) 15 U.S.C. § 1051-1127  Unfair Competition**

## VII REQUESTED IN COMPLAINT:
X  DEMAND $  Damages and Injunctive relief
CHECK IF THIS IS A **CLASS ACTION**
G  UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES  ☐ NO

## VIII RELATED CASE(S) IF ANY (See instructions)
JUDGE_____  DOCKET NUMBER

DATE  June 13, 2005    SIGNATURE OF ATTORNEY OF RECORD

---

FOR OFFICE USE ONLY
RECEIPT #_____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE
_____

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44**

Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.  (a) Plaintiffs-Defendants.** Enter names (last, first middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdiction be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**V. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**VI. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers of multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.
**Date and Attorney Signature.** Date and sign the civil cover sheet.

125334v1(CB)