### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANTUS CAPITAL MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  05-388 |
| | ) | |
| ADVENTUS ASSET MANAGEMENT, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, Advantus Capital Management, Inc., through undersigned counsel, dismisses the above action without prejudice.

Dated: July 5, 2005

/s/ Arthur G. Connolly, III
Arthur G. Connolly, Jr. (#496)
Arthur G. Connolly, III (#2667)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2005, I caused a copy of the foregoing

Notice of Dismissal to be served upon Defendant by first class mail at the following

address:


Adventus Asset Management, LLC
c/o Registered Agent
National Corporate Research, Ltd.
615 S. DuPont Highway
Dover, DE  19901



/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)